UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

         - v -                        :      S1 11 Cr. 614 (VM)

ALPHONSE TRUCCHIO, et al.,              :

         Defendants.                  :

- - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 2 2011

SEALED ORDER

        WHEREAS, on or about November 17, 2011, a federal grand jury sitting in the Southern District of New York returned a true bill in connection with an eight-count superseding indictment bearing docket number, "S1 11 Cr. 416(VM)" (the "S1 Indictment");

        WHEREAS, on or about November 17, 2011, arrest warrants issued in connection with the S1 Indictment and other charging documents, including the designation sheet, the defendant information sheets, and the true bill, also bore docket number "S1 11 Cr. 416(VM)";

        WHEREAS, on or about November 17, 2011, the S1 Indictment, the true bill, arrest warrants issued in connection with the S1 Indictment, and other charging documents, including the designation sheet and defendant information sheets, were filed under seal;

        WHEREAS, this case had previously been assigned docket number, "11 Cr. 614(VM)", on or about July 11, 2011;

        WHEREAS, the Government has made an application to this Court to request the unsealing of the true bill for the S1 Indictment and any copies thereof, the S1 Indictment and any copies

0293

thereof, all arrest warrants issued in connection with the S1 Indictment, and all other charging documents submitted in connection with the S1 Indictment for the limited purpose of permitting the foreperson of the grand jury that returned the S1 Indictment to correct the docket number on those documents to "S1 11 Cr. 614(VM)"; and

WHEREAS, the Government has also made an application that the documents unsealed for the purpose of correcting the docket number be sealed once these corrections have been made;

IT IS HEREBY ORDERED that the following documents be unsealed for the limited purpose of correcting the docket number that they bear: the S1 Indictment and copies thereof; the true bill returned in connection with the S1 Indictment and copies thereof; the arrest warrants issued in connection with the S1 Indictment; the designation sheet and defendant information sheets; and any other charging paperwork filed under seal in connection with the S1 Indictment;

IT IS FURTHER ORDERED that, once the foreperson of the grand jury has corrected the docket number on these documents to reflect docket number, "S1 11 Cr. 614(VM)", the documents ordered unsealed be filed under seal once again;

IT IS FURTHER ORDERED that the sealing envelope used to reseal these documents reflect docket number, "S1 11 Cr. 614(VM)"; and

IT IS FURTHER ORDERED that this Order and the Government's letter filed in support of its application be sealed.

Dated:   New York, New York
         November 21, 2011

                                        /s/ James L. Cott
                                        _____
                                        HONORABLE JAMES L. COTT
                                        United States Magistrate Judge
                                        Southern District of New York