AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:11-cr-00614-VM |
| Alphonse Trucchio et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

(CJA appointment 11/30/11 by Magistrate Judge Mees)

Natalia Ivanova

Date:   12/06/2011

*Attorney's signature*

Don Buchwald (2214)
*Printed name and bar number*

Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
*Address*

dbuchwald@kelleydrye.com
*E-mail address*

(212) 808-5147
*Telephone number*

212-808-7897
*FAX number*