AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.  S1 11 CR. 614 (VM) |
| Alphonse Trucchio, William Patenza, Sr., et. al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Natalia Ivanova

Date:  03/14/2012

_[signature]_
Attorney's signature

Lily Francis; SDNY Bar Number LK5329
Printed name and bar number

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Address

lfrancis@kelleydrye.com
E-mail address

(212) 808-5058
Telephone number

(212) 808-7897
FAX number