# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DON D. BUCHWALD
DIRECT LINE: (212) 808-5147
EMAIL: dbuchwald@kelleydrye.com





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/13

July 12, 2013

**BY HAND**

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Trucchio, et al,* S1 11 Cr. 614 (VM)
       Our Client: Natalia Ivanova

Dear Judge Marrero:

      We write to advise the Court of our intention to file certain motions on behalf of our client Natalia Ivanova who is charged with conspiring to commit or aid and abet the commission of marriage fraud. Trial in this matter is scheduled to commence on December 4, 2013. The motions which we intend to make on Ms. Ivanova's behalf are: (1) a motion to suppress post-arrest statements by her and evidence seized from her on November 30, 2011 in violation of her 4th, 5th and 6th Amendment rights;[1] and (2) a motion to compel particularization of the particular fraudulent marriages in which it is alleged Ms. Ivanova participated. The former motion may require a brief hearing.

      We propose the following schedule: Defense motions to be made by next Friday, July 19, 2013; Government response to be made by August 2, 2009; hearing date, if any, to be set by the Court.

---

[1] This motion will be premised upon the refusal to grant Ms. Ivanova's request to call her attorney when the agents entered her home to arrest her on November 30, 2011 and their subsequent interrogation of her following this assertion of her right to counsel.

NY01\BuchD\1877358.1

**KELLEY DRYE & WARREN LLP**

Honorable Victor Marrero
March 19, 2013
Page Two

Thank you for your consideration of this matter.

Very truly yours,

Don Buchwald

Don D. Buchwald

DDB:lgs
cc: AUSAs Jonathan Cohen and Rachel Maimin (by ecf)

---

Request GRANTED. The briefing schedule with regard to the motion of defendant Natalia Ivanova herein is approved as set forth herein: motion papers submitted by 7-19-13; response 8-19-13; reply _____.

SO ORDERED.

7-15-13
DATE

VICTOR MARRERO, U.S.D.J.

NY01\BuchD\1877358.1