# KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DON D. BUCHWALD
DIRECT LINE: (212) 808-5147
EMAIL: dbuchwald@kelleydrye.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/13

July 18, 2013

**BY HAND**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Trucchio, et al,* S1 11 Cr. 614 (VM)
Our Client: Natalia Ivanova

Dear Judge Marrero:

I write in connection with the motion schedule Your Honor recently endorsed on my July 12th letter. In view of ongoing discussions with AUSAs Jonathan Cohen and Rachel Maimin which the parties are hopeful may obviate the need for some or all of the contemplated motions, the parties jointly propose a one month deferral of the schedule as follows:

Defense motions to be made by Monday, August 19, 2013; Government response to be made by Tuesday, September 17, 2013; hearing date, if any, to be set by the Court.

Thank you for your consideration of this matter.

Very truly yours,

Don D. Buchwald

cc: AUSAs Jonathan Cohen and Rachel Maimin (by email)

Request GRANTED. The briefing schedule with regard to the motion TC Suppress herein is extended as set forth herein: motion papers submitted by 8-19-13; response 9-17-13; reply _____.
SO ORDERED.
7-18-13
DATE        VICTOR MARRERO, U.S.D.J.

NY01\BuchD\1880497.1