# Exhibit A





**U.S. Immigration and Customs Enforcement**

### STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to consult an attorney before making any statement or answering any questions.

You have the right to have an attorney present with you during questioning.

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

---

### WAIVER

I have had the above statement of my rights read and explained to me and I fully understand these rights. I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity. I was taken into custody at __0630__ (time), on __11/30/2011__ (date), and have signed this document at __0630__ (time), on __11/30/2011__ (date).

Print Name _____  Signature _____

WITNESS: _____  DATE: __11/30/2011__

WITNESS: _____  DATE: _____