# Exhibit B

*Exh B*



# U.S. Immigration and Customs Enforcement

## HOMELAND SECURITY INVESTIGATIONS

## CONSENT TO SEARCH

I, _NATALIA IVANOVA_____, have been informed by U.S. Immigration and Customs Enforcement (ICE) Special Agent _ABE JARDINES_____ of my right to refuse to consent to a search of my property, described as: (item, place, things to be searched, location, etc.)

_MY RESIDENCE, 84-20 AUSTIN STREET, APT 2C, KEW GARDENS, NEW YORK 11415_____

I have also been advised by ICE Special Agent _ABE JARDINES_____ that, if I voluntarily consent to a search of this property, anything discovered during this search may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow ICE Special Agents _JARDINES, BHATIA, MAGILTON, GAUDIOSO, STILLMAN AND QURESHI_____

to conduct a complete search of my _RESIDENCE_, located at _84-20 AUSTIN STREET, APT 2C, KEW GARDENS, NY 11415_____.

These ICE Special Agents are authorized by me to take any letters, papers, materials, or other property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow ICE to search my property. My consent is freely given and the not result of any promises, threats, coercion, or other intimidation.
**I have read the above statement and understand my rights.**

Printed Name: _NATALIA IVANOVA_____

Signature: _____

Date/Time: _11/30/2011_____

Witnessed: _____