# Exhibit C



Exh. C



# U.S. Immigration and Customs Enforcement

## Consent to Search Premises

I have been informed of my constitutional right not to have a search made of the premises hereinafter specified without a search warrant.

I have been informed of my right to refuse consent to the premises being searched without a search warrant.

I have also been warned that anything discovered during such a search may be used against me in court, or in any immigration, customs or administrative proceedings.

I hereby authorize Special Agent(s) _JARDINES, BHATIA, MAGILTON, GAUDIOSO, STILLMAN_ and _QURESHI_ to conduct a complete search of my premises located at _84-20 AUSTIN STREET, KEW GARDENS, NY 11415_ APT 2C and to take there from any letters, papers, materials, or other property which they may desire.

I have given this authorization to the above-named officer(s) voluntarily and without threats, promises, pressure or coercion of any kind.

(Signature) [signed]

Date signed: 11/30/2011         Time signed: 6:40 AM

Place signed: 84-20 AUSTIN STREET APT 2C, KEW GARDENS, NY 11415

I HEREBY CERTIFY that the foregoing was read to the above signatory, that he/she also read or had it read to him/her, and has affixed his or her signature thereto.

Special Agent's Signature [signed]       ABE JARDINES
                                         Printed Name

Witness Signature [signed]               RAJEEV BHATIA
                                         Printed Name

I certify that I have translated from the English language to the _____ language to the best of my abilities.

Interpreters Signature                   Printed Name

Interpreter's Address