# Exhibit D



# U.S. Immigration and Customs Enforcement

## HOMELAND SECURITY INVESTIGATIONS

## CONSENT TO SEARCH



I, NATALIA IVANOVA, have been informed by U.S. Immigration and Customs Enforcement (ICE) Special Agent JARDINES of my right to refuse to consent to a search of my property, described as: (item, place, things to be searched, location etc.)

HP PAVILION PERSONAL COMPUTER SERIAL # 2MD12OO14W; SONY VAIO LAPTOP COMPUTER SERIAL # 3000001; APPLE IPAD SERIAL # GF0332YYA90; PNY ATTACHE THUMB DRIVE SILVER 2GB; LOGITECH THUMB DRIVE PID# L294663 AND THE CELL PHONES FOUND IN MY HOME LISTED ON ATTACHED SHEET.

I have also been advised by ICE Special Agent JARDINES that, if I voluntarily consent to a search of this property, anything discovered during this search may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow ICE Special Agents JARDINES, BHATIA AND ANY OTHER AGENT OR OFFICER OF HOMELAND SECURITY INVESTIGATIONS OR THE DIPLOMATIC SECURITY SERVICE to conduct a complete search of my PROPERTY DESCRIBED ABOVE, located at _____

These ICE Special Agents are authorized by me to take any letters, papers, materials, or other property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow ICE to search my property. My consent is freely given and the not result of any promises, threats, coercion, or other intimidation.
**I have read the above statement and understand my rights.**

Printed Name: NATALIA IVANOVA

Signature: _[signature]_

Date/Time: 11/30/2011    0930

Witnessed: _[signature]_

# INVENTORY

- (2) boxes of misc documents
- (1) HP Pavilion P-6000 computer tower
- (1) Apple I-Pad
- (1) Sony VAIO laptop
- (1) Black Motorola cell phone
- (1) Black Sony Ericson Cybershot cell phone
- (1) Gray/Black Samsung cell phone
- (1) Blue Samsung cell phone
- (1) Gray/Black Sanyo Sprint cellphone
- (1) Silver Sony Ericson cellphone
- (3) cell phone charger
- (2) thumb drive
- (3) Pross stamp
- (1) Ink stamp