# Exhibit E

LAW ENFORCEMENT SENSITIVE      OPERATION DANCING BRIDES      NY17ER09NY0019

## Natalia Ivanova

| Box # | Bag # | Description |
|---|---|---|
| **1 of 4** | | **Documents and Folders** |
| 1 of 4 | | marriage packet for Alyssa Rosenthal and Andrey Ivanov |
| 1 of 4 | | marriage packet for Robert Galick and Natallia Nichiporchik |
| 1 of 4 | | marriage packet for Elena Solonkava and Gilbert Aulet |
| 1 of 4 | | marriage packet for Ksenia Vadimovna Michael Callan |
| 1 of 4 | | marriage packet for Oscar Zeledon and Audra Phillips |
| 1 of 4 | | marriage packet for Jonathoan Torres and Yuliya Tsygankova |
| 1 of 4 | | FedEx evnelope from Kolka to Ivanova containing hundreds of email converstations between Kolka, Brunetti, and others |
| **2 of 4** | | **Documents and Folders** |
| 2 of 4 | | 2 makeup bags of credit cards, debit cards, hotel room keys, etc in Ivanova's name, Alan Smith, Svitlana Mangan, Rodney Mangan, Lydia Ivanova, Lyudmyla, Basinska, Dzhemali Kvaratskhvlia |
| 2 of 4 | | black leather card organizer with numerous DL, c/c, business cards in Ivanova's name |
| 2 of 4 | | w2 copies for Katherine Manasher |
| 2 of 4 | | 2009 1040 for Katherine Manasher and Dzhemali Kvaratskhvlia |
| 2 of 4 | | bank statements for Katherine Manasher and Dzhemali Kvaratskhvlia |
| 2 of 4 | | 2009 income tax statements, w2, transcript of birth, signed 864's (last two pages) for Seth Garner (bound) |
| 2 of 4 | | Tax ID number forms (w7) for (alex cooper has list of names) |
| 2 of 4 | | folder for Demitry Sergeeve, green card A-058707493, (Katherine Manasher's name also on green card), check for Olga Floroff, petition for name change (Manasher aka Eka Manasherova) |
| 2 of 4 | | blank forms to establish a marriage |
| 2 of 4 | | GoGo Travel Itinerary Guccia |
| 2 of 4 | | W2 and 1040 for David Norris |
| 2 of 4 | | signed 1-864 (blank) |
| 2 of 4 | | blank letter for Falzone towing service |
| 2 of 4 | | copy of 424141739 Norris Passport |
| 2 of 4 | | Birth cert, w-2, 1040 Anthony Van Ripper |
| 2 of 4 | | hand written letter in Russian |
| 2 of 4 | | blank NY state cert of NY marriage forms |
| 2 of 4 | | blank permission letters for divorce |
| 2 of 4 | | employee earning records Ginza 2 LLC (lots of names) (July, Aug, Sept) |
| 2 of 4 | | blank form G-325a |

Nov 30th Searches (SW and Consent)                  12/20/2011, 2:25 PM

LAW ENFORCEMENT SENSITIVE        OPERATION DANCING BRIDES        NY17ER09NY0019

## Natalia Ivanova

| Box # | Bag # | Description |
|---|---|---|
| 2 of 4 | | postal service receipt sent from Ivanova to Larry Banigan, letter from Banigan RE: Ivanova divorce to Alan Smith, divorce papers for Alan Smith and Ivanova |
| 2 of 4 | | Israeli documents (passport and visa) for Tamariko Zizov |
| 2 of 4 | | 3 prison letters from Alan Smith  April and May 2010 |
| 2 of 4 | | dozens of pages folded in half with days of week, numbers, and lists written on them |
| 2 of 4 | | postal service envelope with manilla folder inside; ID documents KVARATSKHELIYA, blank chase application, Citi bank unopened mail |
| 2 of 4 | | plastic bag full of receipts from Russia related to purchasing a house |
| 2 of 4 | | folder LYMON, Crosby; bills, ID documents, russian passport copy IVANENKO |
| 2 of 4 | | 2008 day planner with contact information for several people and places, small notebook with same information |
| 2 of 4 | | shit ton of misc. docs per Chris Heck |
| 2 of 4 | | envelope with name change paperwork Dzhemali Kvaratskhvlia, c/c for Manasher, Katherine |
| 2 of 4 | | chase documents in Ivanova's name #1433, citi bank #4929, #3387 federal savings account, federal savings account #5149 |
| 2 of 4 | | folder (labeled 2010), Verizon phone bills in SVIDLER name with Austin street address, other misc bills |
| 2 of 4 | | folder (labeled 2007), misc documents, citi bank, bloomies, us airways, etc |
| 2 of 4 | | folder (komor), copy of ID for David Norris, attestment letters for marriages, us passport copy WIESLAW, copy of naturalization forms TATYNA GALUSHKO, |
| 2 of 4 | | boarding passes for Dzhemali Kvaratskhvlia |
| 3 of 4 | | **Documents and Folders** |
| 3 of 4 | | ~15 preprinted labels for GORAL international ink 2421 East 4 St, Suite 1000 Brooklyn NY 11223 |
| 3 of 4 | | blank letter head for united credit corp 718-645-0092 |
| 3 of 4 | | blank letterhead for "Business" Int. Business center ink 2421 East 4 St, Suite 1000 Brooklyn NY 11223 |
| 3 of 4 | | blank letter head, 2 different styles, ROKOSZ Capital, version 1: (93 worth st sutie 1210, NY, NY) version 2: (2421 East 4 St, Suite 1000 Brooklyn NY 112230  718-645-2072/718-997-9642 |
| 3 of 4 | | blank letter head, ArmCon Int ink, 718-645-2072 |
| 3 of 4 | | blank letter head for Goral Int Ink, 2421 East 4 St, Suite 1000 Brooklyn NY 11223, 718-645-2072, 718-997-9642 |
| 3 of 4 | | envelopes for ArmCon Int Ink, 107-23 71st Rd, Suite 151, Forest Hills, NY 11375 |
| 4 of 4 | | **Documents and Folders** |
| 4 of 4 | | immigrant professional INS forms  and case management user guide |
| 4 of 4 | | soviet union pp with us visa for Yevganiy GAZETDINOV |
| 4 of 4 | | Monhrman and Martynyuk prenup |

2 of 4        Nov 30th Searches (SW and Consent)        12/20/2011, 2:25 PM

LAW ENFORCEMENT SENSITIVE       OPERATION DANCING BRIDES       NY17ER09NY0019

## Natalia Ivanova

| Box # | Bag # | Description |
|---|---|---|
| 4 of 4 | | Italian passport scan for Natalia SVIDLER |
| 4 of 4 | | envelope (labeled Dina) with stack of passenger receipts and coupons Dzhemali Kvaratskhvlia Alexander Kvaratskhvliya passport scans for VARSHAVSKY, GALUSHKO, UZUNOFF |
| 4 of 4 | | Shareholders agreement for SAKEBICH and INFLOT holdings corp, aka Eurpian Immigration and Translation Inc. |
| 4 of 4 | | list of city court judges who perform wedding ceremonies |
| 4 of 4 | | marriage ceremonie reference list for town of Ramapoe |
| 4 of 4 | | folded white pieces of paper with days of week on them |
| 4 of 4 | | marriage ceremony town of warwick, NY |
| 4 of 4 | | passport scan for SPINA, G325a for SCHUPNER |
| 4 of 4 | | Bill from immigrant software corp. |
| 4 of 4 | | green folder with naturalization cert scan for Manasher, marriage certificate for Dzhemali Kvaratskhvlia and Katherine Manasher, passport scan for Dzhemali Kvaratskhvlia, english translation of Birth certificate for Manasherova, electric bills for Manasher, family photos of Manasher and Dzhemali Kvaratskhvlia, Manasher NY DL scan, birth cert for Dzhemali Kvaratskhvlia, divorce cert for Manasher and Dzhemali Kvaratskhvlia, birth cert for Alexander Kvaratskhvliya |
| 4 of 4 | | Green folder, citi bank record Dzhemali Kvaratskhvlia #9327, Divorce judgement between Dzhemali Kvaratskhvlia and Katherine Manasher, SS card scan for Dzhemali Kvaratskhvlia, ID card scna for Alexander Kvaratskhvliya, Alexander Kvaratskhvliya passport scan, learners permit scan for Dzhemali Kvaratskhvlia, Manasher passport scan, G-325a for Dzhemali Kvaratskhvlia, Alex pp photos, Immigrant Visa and registration for Dzhemali Kvaratskhvlia and son Alex, |
| 4 of 4 | | Passport for Lyman Crosby |
| 4 of 4 | | Marriage packet for Inananko, Marina (Lyman Crosby signed i-864's) |
| 4 of 4 | | Apostille for Lyman Crosby |
| 4 of 4 | | postal US envelope with pictures, copy of US passport for Lyman Crosby, Misc documents for Crosby Jr., blank D&D contruction letter head 102 E front street, suite 3, Hancock NY, i-130 for Crosby and Marina Ivanenko (Crosby listed Johnson City Adress), copy of Ivanenko pp, translations services, DOS application for immigrant visa, copy of NY DL for Crosby, parlor city box company documents stating Crosby is employed there, blank letter head for parlor City Paper Company, 2006 tax returns for Crosby, w2 2009 Crosby |

LAW_ENFORCEMENT SENSITIVE

OPERATION DANCING BRIDES

NY17ER09NY0019

## Natalia Ivanova

| Box # | Bag # | Description |
|---|---|---|
| 4 of 4 | | in grey plastic hard cover case, empty manilla envelope, misc photos, documents in Russian, blank i-94, entirely blank check documents, brown file folder with misc documents (Russian) and immigration forms for SHAEKHTMAN #A70243063, documents stating address book for Paul Stanley, folder (labeled: ID) with Russian documents in them, folder (labeled in Russian) copy of 2002 US J-1 Visa for BERDZENISHVILI, Natalya DOB 08-29-82, Additional misc documents from Consualte of Ujbekistan and Russian Federation in NY, misc immigration documents, blank i-94s, prenup in english, modern auto world inc, Uzunof, questionaire to consider the validity of a marriage, cert of marriage registration for Mikhail Medianski to Krista Joan Azam (1995 marriage), credit report for Paul Uzunof, IMF construction company letter head RE: Darrin Reed employment signed by Michael Deangelo, US DOJ INS letter dated October 6, 1999 to Boris KROTOV (app for permanent citizenship), ~2 blank appt forms, embossing gold foil seals, state of NY affidavit license of marriage for Soltanbeg MAGOMEDOV to Elisa Ann Kramer (04-08-97), blank Town of Oyster Bay Public Works letter head, various docs for Paul Uzunof, certificate of marrigae for VJACHESLAV GOILO to Victoria RUDLE, blank check paper, 2003 DEPT of Treasury tax info for DAMIR ISLIAMOV, INS i-130 for ISLIAMOV and Kathleen PANZARINO (stating marriage on July 27th 1998), marriage cert for Konstantinos KOROZENOS to Yelena AFANASENKO in 1998, blank application for copies of death records, instructions for immigrant applicants, blank form for immigrant visa, pamphlet on becoming a US citizen |
| | | PNY thumbdrive Attache Silver 2GB |
| | | Logitech USB wireless mouse antenna # LZ94663 |
| | | Bag of various notary seals and stamps |
| | | HP Pavilion P-6000 PC tower, serial # 2MD120014W |
| | | Apple Ipad, serial # GF0332YYA90 |
| | | Sony Vaio laptop, serial # 3000001 |