# Exhibit F

## Alleged Fraudulent Marriages

1. Mzia KIKALISHVILI

2. Tatiana KOCHKUROVA and Caleb YOUKET

3. Svetlana NIZOVTSEVA and Dylan MACCLUSKEY

4. Maria SEVOSTYANOVA

5. Tatiana VORONOVA

6. Alex GABAI

7. Paul GONDEK

8. Jeff CRISSELL

9. Vanessa ANTONUCCI

10. Cody WHEATON

11. Justin CONNORS

12. Zhanna KUZNETSOVA and Joseph STRIANO

13. Christine GUNNING

14. William PRENTICE

15. Seth GARNAR

16 Andrew DOZORETZ