USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 27, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   11 CR 614 (VM)
     - against -                    :
                                    :   ORDER
NATALIA IVANOVA,                    :
                                    :
              Defendant.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The defendant's immigration attorney, Hannah Cartwright, Esq., is hereby granted access to the Presentence Investigation Report for the above-named defendant, dated November 26, 2014, and is authorized to use that report in her representation of the defendant.

**SO ORDERED.**

Dated:  New York, New York
        27 August 2020

                                    _____
                                        Victor Marrero
                                           U.S.D.J.